■ In the Matter of Howard Padwee, Petitioner, v Gordon M. Ambach, as Commissioner of Education of the State of New York, Respondent. — Motion to dismiss petition on the ground that the order sought to be reviewed is not final and, therefore, not properly the subject of a CPLR article 78 proceeding, granted, without costs.